UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERNEST R. GIBSON, JR.,

    Petitioner,

v.                                                       Case No. 5:16cv76/LC/CJK

CARLA CHUKES, et al.,

    Respondents.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 4, 2016 (ECF No. 8).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P.

41(a)(1)(A)(i), pursuant to petitioner's notice of voluntary dismissal.

3.  Petitioner's motion for preliminary injunction (ECF No. 6) is DENIED as moot.

4.  The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of April 2016.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**